People v Jones (Darryl)    4th Dept: 147 AD3d 1551 (Erie)    denied 4/10/17 (Stein, J.)

People v Jones (Nasjuan) 3d Dept: 146 AD3d 1078 (Schenectady)    denied 4/21/17 (DiFiore, Ch. J.)

People v Kellman    App Term, 1st Dept: 53 Misc 3d 145(A) (NY)    denied 4/6/17 (Abdus-Salaam, J.)

People v Knight    App Term, 1st Dept: 54 Misc 3d 144(A) (Bronx)    denied 4/20/17 (Fahey, J.)

People v Laboriel    1st Dept: 146 AD3d 631 (NY)    denied 4/27/17 (DiFiore, Ch. J.)

People v Labriel    1st Dept: 146 AD3d 631 (NY)    denied 4/27/17 (DiFiore, Ch. J.)

People v Lagarenne    2d Dept: 148 AD3d 826 (Suffolk)    denied 4/28/17 (DiFiore, Ch. J.)

People v Lalonde    App Div, 3d Dept: 2017 NY Slip Op 63617(U) (St. Lawrence)    dismissed 4/28/17 (Fahey, J.)

People v Lancaster    3d Dept: 143 AD3d 1046 (Broome)    denied reconsideration 4/12/17 (Fahey, J.)

People v Lippe    2d Dept: 145 AD3d 1035 (Westchester)    withdrawn 4/11/17 (Fahey, J.)

People v Lopez    1st Dept: 147 AD3d 456 (NY)    denied 4/20/17 (Fahey, J.)

People v Lucifero    2d Dept: 146 AD3d 811 (Nassau)    denied 4/10/17 (Fahey, J.)

People v Mascall    1st Dept: 146 AD3d 689 (Bronx)    denied 4/10/17 (Fahey, J.)

People v McCommons    3d Dept: 143 AD3d 1150 (Schenectady)    denied 4/27/17 (DiFiore, Ch. J.)

People v McCullough    4th Dept: 144 AD3d 1526 (Monroe)    denied 4/26/17 (DiFiore, Ch. J.)

People v McGowan    3d Dept: 149 AD3d 1161 (Albany)    denied 4/28/17 (Fahey, J.)

People v Medlin    1st Dept: 144 AD3d 426 (Bronx)    denied 4/6/17 (Abdus-Salaam, J.)

People v Millard    3d Dept: 147 AD3d 1155 (Broome)    denied 4/20/17 (DiFiore, Ch. J.)

People v Montford    3d Dept: 145 AD3d 1344 (Schenectady)    denied 4/12/17 (Fahey, J.)

People v Morman (Jesse) 4th Dept: 145 AD3d 1435 (Onondaga)    denied 4/27/17 (DiFiore, Ch. J.) (Appeal No. 1)

People v Morman (Jesse) 4th Dept: 145 AD3d 1439 (Onondaga)    denied 4/27/17 (DiFiore, Ch. J.) (Appeal No. 2)

People v Murray    App Div, 4th Dept: 2017 NY Slip Op 60831(U) (Onondaga)    dismissed 4/19/17 (DiFiore, Ch. J.)